**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CARL E. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-1501 SRW |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

On August 30, 2022, Plaintiff Carl E. Johnson filed a Petition to Award Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 23. In the motion, Plaintiff requests he be awarded **$4,561.25** for fees, representing a total of 20.5 hours of attorney work at the hourly rate of $222.50. On September 8, 2022, the Commissioner filed a response indicating, "Defendant has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of **$4,651.25**." ECF No. 25. No reply has been filed.

The Court has an independent duty to review the reasonableness of an EAJA award. *See* 28 U.S.C. § 2412(d)(2)(A) (requiring the Court to find that attorney's fees in excess of $125.00 per hour are justified by an increase in the cost of living or a special factor such as the limited availability of qualified attorneys). The Commissioner's response agrees to a fee amount higher than Plaintiff requested. Plaintiff has not filed a reply to the Commissioner's response. The Court believes the Commissioner's response agreeing to a higher amount is a typographical error. However, the Court will direct the Commissioner to file a statement as to whether the higher

amount was a typographical error, or whether the Commissioner does, in fact, consent to the increased fee amount and, if so, include a revised calculation of fees.

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner shall file a supplemental response on or before September 26, 2022. The supplement should indicate whether the higher amount was a typographical error, or whether the Commissioner does, in fact, consent to the increased fee amount and, if so, include a revised calculation of fees.

So Ordered this 19th day of September, 2022.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2